IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LOCKRIDGE,

    Plaintiff,                      No. CIV-S-06-0403 MCE GGH PS

    vs.

SAN JUAN UNIFIED SCHOOL
DISTRICT, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for June 22, 2006 was defendant's motion to dismiss, filed May 12, 2006. Plaintiff appeared in pro se for the hearing but did not file an opposition. Margaret Kemp-Williams appeared for defendant San Juan Unified School District.

        The court will not rule on the motion to dismiss at this time because plaintiff indicated at hearing that he was in the process of retaining counsel to represent him, and that he would do so shortly.

        Accordingly, IT IS ORDERED that:

        1. The court will not rule on defendant's May 12, 2006 motion to dismiss at the present time.

1

1    2. Plaintiff has until July 14, 2006 to file a notice of substitution of counsel. If he has not retained counsel by that date, the motion to dismiss will be decided on the record.

DATED: 6/23/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Lockridge403.aty.wpd