IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LOCKRIDGE,

        Plaintiff,                     No. CIV-S-06-0403 MCE GGH PS

    vs.

SAN JUAN UNIFIED SCHOOL
DISTRICT, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 7/24/06

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
Lockridge0403.59.wpd

1