IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LOCKRIDGE,

       Plaintiff,                    No. CIV-S-06-0403 MCE GGH PS

    vs.

SAN JUAN UNIFIED SCHOOL
DISTRICT, et al.,

       Defendants.              ORDER

_____/

       Plaintiff, proceeding pro se, has requested that this action be dismissed.  On July 24, 2006, this court directed defendants to notify this court whether they had any objection to the dismissal of this action.  Defendants were informed that if they failed to respond, plaintiff's request would be granted pursuant to Fed. R. Civ. P. 41(a)(2).  Defendants have not filed a response.

       Accordingly, IT IS HEREBY ORDERED that Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed.  The Clerk of Court shall close this case.

DATED:  8/29/06                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:076
Lockridge0403.dis.wpd

1